RECEIVED
FEB 2 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARRIE AINSWORTH | : | DOCKET NO. 17-cv-004 |
| VERSUS | : | JUDGE T. TRIMBLE, JR. |
| 36th JUDICIAL DISTRICT COURT ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant complaint be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 27th day of February, 2017, at Alexandria, Louisiana.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE